## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MANCINO HOLDINGS, INC., ET AL., | : | No. 33 WAL 2021 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CASE/SABATINI, LLC; CASE, SABATINI & | : | |
| COMPANY, A PROFESSIONAL | : | |
| CORPORATION; CASE SABATINI & | : | |
| ASSOCIATES, LLC; MICHAEL D. | : | |
| SULKOSKE, CPA, MST, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.